IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-463-D

| | |
|---|---|
| JOE REECE CALLICUTT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALLIENE CALLICUTT, ) | |
| ) | |
| Defendant. ) | |

On June 21, 2016, Joe Reece Callicutt, Jr. filed a complaint [D.E. 1] against Alliene Callicutt. Plaintiff states that he is a resident of Star, North Carolina. [D.E. 1] 5. Star, North Carolina is in Montgomery County, which is in the Middle District of North Carolina. See 28 U.S.C. § 113(b). Plaintiff alleges that certain torts took place in Montgomery County, North Carolina. [D.E. 1-1] 2–10. On July 18, 2016, defendant filed an answer. [D.E. 11]. Defendant is also a resident of Montgomery County, North Carolina. [D.E. 11] 1.

Venue is not proper in this court. See 28 U.S.C. § 1391(b). More fundamentally, this court lacks subject-matter jurisdiction because plaintiff and defendant are each citizens of North Carolina. See 28 U.S.C. § 1332(a)(1)

The action is DISMISSED for lack of subject-matter jurisdiction. If plaintiff wants relief against defendant, he must file suit in state court.

SO ORDER. This 30 day of August 2016.

JAMES C. DEVER III
Chief United States District Court