| | |
|---|---|
| JOE REECE CALLICUTT, JR., )<br>        Plaintiff, )<br>)<br>V. )<br>)<br>ALLIENE CALLICUTT, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:16-CV-463-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the action is DISMISSED for lack of subject-matter jurisdiction. If plaintiff wants relief against defendant, he must file suit in state court.

**This Judgment Filed and Entered on August 30, 2016, and Copies To:**

| | |
|---|---|
| Joe Reece Callicutt, Jr. | (Sent to 117 Flynt Hill Rd. Star, NC 27356-7613 via US Mail) |
| Alliene Callicutt | (Sent to 183 Flint Hill Rd. Star, NC 27356 via US Mail) |

DATE:
August 30, 2016

JULIE RICHARDS JOHNSTON, CLERK
(By) /s/ Nicole Briggeman
     Deputy Clerk